# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32604**

————————————

**UNITED STATES**
*Appellee*

**v.**

**DeShawn B. HAAS**
Senior Airman (E-4), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 24 March 2020

————————————

*Military Judge:* Bryon T. Gleisner.

*Sentence:* Sentence adjudged 6 June 2019 by SpCM convened at Joint Base Lewis-McChord, Washington. Sentence entered by military judge on 1 July 2019: Bad-conduct discharge, confinement for 45 days, and reduction to E-1.

*For Appellant:* Major Benjamin H. DeYoung, USAF; Captain M. Dedra Campbell, USAF.

*For Appellee:* Mary Ellen Payne, Esquire.

Before J. JOHNSON, POSCH, and KEY, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings and sentence entered are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d). *Manual for Courts-Martial, United States* (2019 ed.).

Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court